COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| JESUS GERARDO AVALOS, | ⸹ | No. 08-12-00066-CR |
| Appellant, | ⸹ | Appeal from the |
| v. | ⸹ | Criminal District Court No. 1 |
| THE STATE OF TEXAS, | ⸹ | of El Paso County, Texas |
| Appellee. | ⸹ | (TC# 20090D01348) |

## <u>MEMORANDUM OPINION</u>

Pending before the Court is a motion to dismiss filed by Appellant pursuant to Texas Rule of Appellate Procedure 42.2(a). The motion was filed before our decision in the case and is signed by Appellant and his attorney. Further, a duplicate copy of the motion has been forwarded to the trial court clerk. Because the motion complies with the requirements of Rule 42.2(a), we grant the motion and dismiss the appeal.

March 14, 2012

                                        CHRISTOPHER ANTCLIFF, Justice

Before McClure, C.J., Rivera, and Antcliff, JJ.

(Do Not Publish)